IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01963-MSK-MJW

WENDY STICKLER,

        Plaintiff,

v.

KINECTA FEDERAL CREDIT UNION, a Federally Chartered Credit Union,

        Defendant.

_____

### ORDER DENYING PLAINTIFF'S MOTION TO DISMISS
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Motion to Dismiss **(#16)**.

The Plaintiff did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 9th day of June 2006.

                                       **BY THE COURT:**

                                       Marcia S. Krieger
                                       United States District Judge