IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01963-MSK-MJW

WENDY STICKLER,

       Plaintiff,

v.

KINECTA FEDERAL CREDIT UNION, a Federally Chartered Credit Union,

       Defendant.

## ORDER GRANTING
## PLAINTIFF'S MOTION TO DISMISS

       THIS MATTER comes before the Court on Plaintiff Wendy Stickler's Motion to Dismiss **(#18)**. The Court having reviewed the foregoing,

       ORDERS that the above-captioned matter is dismissed, with prejudice, each party to bear her or its own attorney's fees and costs incurred in connection with this action. *The Clerk shall closed this case.*

       Dated this 9th day of June 2006.

       **BY THE COURT:**

       Marcia S. Krieger
       United States District Judge